# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Douglas Conner and Sandra Conner, | ) |
| Plaintiffs, | ) |
| | ) **ORDER** |
| and | ) |
| Sparta Insurance Company, | ) |
| Intervenor, | ) |
| | ) Case No. 1:18-cv-152 |
| vs. | ) |
| Hennadiy Topchiy, TIA Trucking, Does 1-X, Roe Business Entities, | ) |
| Defendants. | ) |

**IT IS ORDERED:**

The final pretrial conference set for January 14, 2020, shall be rescheduled for April 13, 2020, at 2:00 p.m. by telephone before the undersigned. The court shall initiate the conference call. The jury trial set for January 27, 2020, shall be rescheduled for April 28, 2020, at 9:00 a.m. in Bismarck (Eagle Courtroom) before the undersigned. A four (4) day trial is anticipated.

Dated this 11th day of October, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court