IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Douglas Conner and Sandra Conner, | ) |
| Plaintiffs, | ) |
| and | ) **ORDER ADOPTING STIPULATION** |
| | ) **OF DISMISSAL** |
| Sparta Insurance Company, | ) |
| Intervenor, | ) |
| vs. | ) |
| Hennadiy Topchiy, TIA Trucking, Does I-X, Roe Business Entities, | ) Case No. 1:18-cv-152 |
| Defendants. | ) |

On July 8, 2020, Plaintiffs Douglas and Sandra Conner ("the Conners"), Intervenor Sparta Insurance Company ("Sparta"), and Defendants Hennadiy Topchiy and TIA Trucking filed a Stipulation of Dismissal with Prejudice (Doc. No. 27). The stipulation provides that "all claims in the above-captioned action, including all claims which were or could have been asserted, are hereby dismissed on the merits, with prejudice and without costs, disbursements, or attorney's fees to any party." (Id.).

Although no one signed the stipulation on behalf of Roe Business Entities,[1] the court construes the stipulation to include the dismissal of <u>all</u> claims, including those asserted against Roe Business Entities. Accordingly, the court **ADOPTS** the parties' stipulation (Doc. No. 27) and **DISMISSES** the above-captioned action in its entirety with prejudice and without costs,

---

[1] The court cannot ascertain from the record whether Roe Business Entities was ever served. In any event, no one has ever entered an appearance on Roe Business Entities behalf.

disbursements attorney's fees to any party.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2020.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court